361 U.S. 801
 80 S.Ct. 42
 4 L.Ed.2d 53
 The ATLANTIC REFINING COMPANY, Cities Service Production Company, Continental Oil Company, et al., petitioners,
v.
PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, Long Island Lighting Company, et al.
 No. 518.
 
 1
 TENNESSEE GAS TRANSMISSION COMPANY, petitioner,
 
 
 2
 v.
 
 
 3
 PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK,
 
 Long Island Lighting Company, et al.
 
 4
 No. 536.
 
 Supreme Court of the United States
 
 5
 October Term, 1958.
 
 
 6
 October Term, 1958.
 
 October 12, 1959
 
 7
 Messrs. David K. Kadane and Bertram D. Moll, for respondent-movant Long Island Lighting Co.
 
 
 8
 Messrs. William C. Braden, Harry S. Littman and Jack Werner, for petitioner Tennessee Gas Transmission Co.
 
 
 9
 The motion of Long Island Lighting Company to recall and amend the judgment is denied.